**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:20-cv-244 |
| | § | |
| 6.584  ACRES OF LAND, MORE OR | § | |
| LESS,  SITUATE IN HIDALGO | § | |
| COUNTY, STATE OF TEXAS;  AND | § | |
| HEIRS OF ROMULO CAVAZOS, ET AL., | § | |
| AND HEIRS OF RAUL CAVAZOS, et al., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

_____

## COMPLAINT IN CONDEMNATION
_____

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition  Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security,  for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination  and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction  over this action pursuant to 28 U.S.C. §

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public  purpose for which said interest in property is taken is set forth in

Schedule "B."

1

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Hilda M. Garcia Concepcion*
        **HILDA M. GARCIA CONCEPCION**
        Assistant United States Attorney
        Southern District of Texas No.3399716
        Puerto Rico Bar No. 15494
        1701 W. Bus. Highway 83, Suite 600
        McAllen, TX 78501
        Telephone:  (956) 618-8004
        Facsimile:  (956) 618-8016

2

E-mail:  Hilda.Garcia.Concepcion@usdoj.gov
Attorney for Plaintiff