# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MCS-2119
Owner:  Heirs of Romulo Cavazos, et al. and Heirs of Raul Cavazos, et al.
Acres:  6.584

**Being** a 6.584 acre (286,813 square feet) parcel of land, being out of the Joseph Antonio Cantu Survey, Abstract No. 46, Hidalgo County, Texas, being out of Porciónes 54 and 55, being out of a tract of land conveyed to Eloisa Rosa Cavazos by Warranty Deed recorded in Instrument No. 1997-611720, Official Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" rebar in a 4" pipe marking the south corner of a called 7.598 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 3186, Page 263, Deed Records of Hidalgo County, Texas ("Tract 333a") and the north corner of a called 19.15 acre tract conveyed to Sembrose, LLC by Warranty Deed with Vendor's Lien recorded in Instrument No. 2006-1605259, Official Records of Hidalgo County, Texas said point being in the west right-of-way line of La Lomia Boulevard (unknown width), said point having the coordinates of N=16586643.718, E=1038805.597;

**Thence:** S 43°53'34" W (S 44°01'30" W, Record), with the northwest line of the 19.15 acre tract, passing at 22.13' the east corner of the remainder of a called 5.574 acre tract conveyed to First Baptist Church of Mission, Texas by Warranty Deed recorded in Volume 1781, Page 16, Deed Records of Hidalgo County, Texas, passing at 168.56' the south corner of the 5.574 acre remainder tract, the northeast line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 542, Page 165, Deed Records of Hidalgo County, Texas ("R/W 749-H") and the northeast line of a tract of land conveyed to United Irrigation District by Deed recorded in Volume 51, Page 427, Deed Records of Hidalgo County, Texas, continuing for a total distance of 299.18' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-2126-1-2=2119-1" for the **Point of Beginning** and east corner of Tract RGV-MCS-2119, said point being at the northeast corner of the Cavazos tract, said point being in the northwest line of the 19.15 acre tract, the southwest line of the "R/W 749-H" river levee right-of-way and the southwest line of the United Irrigation District tract, said point having the coordinates of N=16586428.120, E=1038598.176, said point bears N 28°23'57" W, a distance of 1879.73' from United States Army Corps of Engineers Control Point No. 121;

## SCHEDULE C (Cont.)

**Thence:** S 43°53'34" W, departing the southwest line of the "R/W 749-H" river levee right-of-way and the southwest line of the United Irrigation District tract, with the northwest line of the 19.15 acre tract and the southeast line of the Cavazos tract, for a distance of 75.56' to a point for the south corner of Tract RGV-MCS-2119, said point being in the northwest line of the 19.15 acre tract and the southeast line of the Cavazos tract;

**Thence:** departing the northwest line of the 19.15 acre tract, over and across the Cavazos tract, the following courses and distances:

- N 46°02'27" W, for a distance of 239.89' to a point for a southwesterly interior corner of Tract RGV-MCS-2119;

- S 51°46'04" W, for a distance of 25.54' to a point for a southwesterly exterior corner of Tract RGV-MCS-2119;

- N 47°48'41" W, for a distance of 630.66' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-2119-3" for an angle point of Tract RGV-MCS-2119;

- N 34°24'53" W, for a distance of 423.76' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-2119-4" for an angle point of Tract RGV-MCS-2119;

- N 47°43'36" W, for a distance of 1151.63' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-2126-1-8=2119-5" for the northwest corner of Tract RGV-MCS-2119, said point being in the west line of the Cavazos tract;

**Thence:** N 08°42'30" E, with the west line of the Cavazos tract, for a distance of 152.73' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-MCS-2126-1-7=2119-6" for the north corner of Tract RGV-MCS-2119, said point being at the north corner of the Cavazos tract, said point being in the southwest line of the "R/W 749-H" river levee right-of-way and the southwest line of the United Irrigation District tract;

**Thence:** with the north line of the Cavazos tract, the southwest line of the "R/W 749-H" river levee right-of-way and the southwest line of the United Irrigation District tract, the following courses and distances:

- S 44°31'07" E (N 44°29'00" W, Record), for a distance of 172.02' to a found International Boundary & Water Commission monument for an angle point of Tract RGV-MCS-2119;

- S 48°32'07" E (N 48°30'00" W, Record), for a distance of 1070.10' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the

## SCHEDULE C (Cont.)

following description: "RGV-MCS-2126-1-5=2119-8" for an angle point of Tract
RGV-MCS-2119;

- S 30°24'07" E (N 30°22'00" W, Record), for a distance of 414.00' to a found
  5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the
  following description: "RGV-MCS-2126-1-4=2119-9" for an angle point of Tract
  RGV-MCS-2119;

- S 48°01'07" E (N 47°59'00" W, Record), for a distance of 759.40' to a found
  5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the
  following description: "RGV-MCS-2126-1-3=2119-10" for an angle point of
  Tract RGV-MCS-2119;

- S 40°31'07" E (N 40°29'00" W, Record), for a distance of 129.93' to the **Point of
  Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 43°53'34" W | 299.18' | S 44°01'30" W | N/A |
| L2 | S 43°53'34" W | 75.56' | N/A | N/A |
| L3 | N 46°02'27" W | 239.89' | N/A | N/A |
| L4 | S 51°46'04" W | 25.54' | N/A | N/A |
| L5 | N 08°42'30" E | 152.73' | N/A | N/A |
| L6 | S 44°31'07" E | 172.02' | N 44°29'00" W | N/A |
| L7 | S 40°31'07" E | 129.93' | N 40°29'00" W | N/A |
| L8 | N 28°23'57" W | 1879.73' | N/A | N/A |

### COORDINATE TABLE

| MONUMENT NUMBER | NORTHING | EASTING | MONUMENT DESCRIPTION |
|-----------------|----------|---------|----------------------|
| 1 | 16586428.120 | 1038598.176 | RGV-MCS-2126-1-2=2119-1 |
| 2 | 16586373.667 | 1038545.788 | CALCULATED POINT (NOT SET) |
| 3 | 16586540.188 | 1038373.103 | CALCULATED POINT (NOT SET) |
| 4 | 16586524.381 | 1038353.039 | CALCULATED POINT (NOT SET) |
| 5 | 16586947.918 | 1037885.756 | RGV-MCS-2119-3 |
| 6 | 16587297.506 | 1037646.257 | RGV-MCS-2119-4 |
| 7 | 16588072.171 | 1036794.112 | RGV-MCS-2126-1-8=2119-5 |
| 8 | 16588223.145 | 1036617.237 | RGV-MCS-2126-1-7=2119-6 |
| 9 | 16588100.494 | 1036937.845 | RGV-MCS-2126-1-6=2119-7 |
| 10 | 16587391.919 | 1037739.740 | RGV-MCS-2126-1-5=2119-8 |
| 11 | 16587034.846 | 1037949.291 | RGV-MCS-2126-1-4=2119-9 |
| 12 | 16586526.892 | 1038513.761 | RGV-MCS-2126-1-3=2119-10 |
| 13 | 16586643.718 | 1038805.597 | POC RGV-MCS-2126-1 2119 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 12/18/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7295 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1618

| METES & BOUNDS SURVEY | | BY | DATE |
|---|---|---|---|
| ROMULO & JOSE A. CAVAZOS | Drawn | LMK | 12/18 |
| TRACT No. RGV-MCS-2119 | Checked | LMK | 12/18 |
| | Surveyor | JDB | 12/18 |
| HIDALGO COUNTY          TEXAS | | | |

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-MCS-2119    DATE: 3/10/2020





## SCHEDULE D (Cont.)



Tract: RGV-MCS-2119
Owner: Heirs of Romulo Cavazos, et al. and Heirs of Raul Cavazos, et al.
Acres: 6.584

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-MCS-2119
Owner:  Heirs of Romulo Cavazos, et al. and Heirs of Raul Cavazos, et al.
Acres:  6.584

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded with Official Records of Hidalgo County, Texas, document number 1997-611720, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E Cont.**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-MCS-2119
Owner:  Heirs of Romulo Cavazos, et al. and Heirs of Raul Cavazos, et al.
Acres:  6.584



# SCHEDULE F

## SCHEDULE F

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THREE HUNDRED FORTY SEVEN THOUSAND, EIGHT HUNDRED EIGHTY SEVEN DOLLARS AND NO/100 ($347,887.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Owner: Heirs of Romulo Cavazos, et al. and Heirs of Raul Cavazos, et al. | RGV-MCS-2119 |
| Jose C. Anzaldua, Jr. ▮▮▮▮▮▮ McAllen, TX 78504-3812 | June 4, 1952 - Warranty Deed- Document#: 1952-9461; Volume 747, Page 410; Deed Records of Hidalgo County |
| Aurora A. Garcia ▮▮▮▮▮▮ Mission, TX 78572-1505 | October 14, 1997 -Affidavit of Heirship of Romulo Cavazos - Document #: 1997-629918; Deed Records of Hidalgo County |
| Efrain G. Cavazos ▮▮▮▮▮▮ Mission, TX 78573 | January 29, 2007 - Affidavit of Heirship of Aurora C. Anzaldua (sister of Romulo Cavazos)- Document#: 2007-1714961, Deed Records of Hidalgo County |
| Humberto Cavazos ▮▮▮▮▮▮ Mission, TX 78572-1544 | |
| Rogerio Cavazos, Jr. ▮▮▮▮▮▮ Mission, TX 78572-1547 | |
| Maria Rosario Cavazos (aka Maria Rosario Buentello) ▮▮▮▮▮▮ Mission, TX 78572-1565 | |
| Bertha Oralia Cavazos (aka Bertha Oralia Santana) ▮▮▮▮▮▮ Mission, TX 78572-2960 | |

| | |
|---|---|
| Ruben Cavazos<br>███████████<br>Mission, TX 78572-1565<br><br>Pablo Servando Guerra<br>███████████<br>Edinburg, TX 78539<br><br>Gloria Dalia Guerra<br>████████████<br>Mission, TX 78572-5530<br><br>Juan Lino Guerra<br>███████████<br>Mission, TX 78572-5530<br><br>Delia A. Mendoza<br>████████████<br>Mission, TX 78572<br><br>Emma Catherine Flores<br>█████████<br>Galveston, TX 77551<br><br>Gloria Diana Sauceda<br>████████████<br>Mission, TX 78572-5530<br><br>Jaime Cavazos<br>c/o Janette Cavazos, POA<br>█████████<br>Palmhurst, TX 78573<br><br>Michelle  Alejandro<br>█████████<br>Mission, TX 78572<br><br>Angie  Marin<br>████████████<br>Wedowee, AL 36278<br><br>Keila  Cavazos<br>(aka Keila Marie Tzoyohua)<br>██████████<br>Anniston, AL 36207 | |

| | |
|---|---|
| Ariana Pitalua<br>███████████<br>Heflin, AL 36264<br><br>Paula Gonzalez<br>███████████<br>New Braunfels, TX 78132<br><br>Melissa Salazar<br>███████████<br>Mission, TX 78573<br><br>Robert E. Flores, Jr.<br>███████████<br>Mission, TX 78572-7616<br><br>Dora Flores<br>███████████<br>Mission, TX 78574-2387<br><br>Natalie Flores-Henley<br>███████████<br>Livingston, TX 77399-1026<br><br>Joseph Flores<br>███████████<br>Mission, TX 78572<br><br>Betty Anzaldua<br>███████████<br>Espanola, NM 87532-1144<br><br>Rebecca Serrano<br>███████████<br>Espanola, NM 87532<br><br>Patrick Anzaldua<br>███████████<br>Hernandez, NM 87537-0109 | <br><br><br><br><br><br><br><br><br><br><br><br>December 16, 1997 - Affidavit of Heirship for Ernesto G. Flores and wife, Maria C. Flores - Document#: 1997-642979; Deed Records of Hidalgo County<br><br>RGV-MCS-2119:<br>June 4, 1952- Warranty Deed- Document #: 1952-9461; Volume 747, Page 410; Deed Records of Hidalgo County |

| | |
|---|---|
| Norma A. Anzaldua<br>███████████<br>Mission, TX 78572-1505<br><br>Yolanda Martinez<br>████████<br>Donna, TX 78537-2816<br><br>Ronald R. Anzaldua<br>█████████<br>Chandler, AZ 85226-2986<br><br>Victoria M. Flores<br>██████████<br>Driftwood, TX 78619<br><br>Eloisa Rosa Cavazos<br>c/o Efren C. Olivares<br>1017 W. Hackberry Ave.<br>Alamo, TX 78516<br><br>Imelda Flores Gonzalez<br>█████████<br>Austin, TX  78739-1578<br><br>Ernesto Flores, Jr.<br>███████<br>Rio Rancho, NM 87144-5740<br><br>Elvira Flores Deanda<br>███████<br>Mission, TX 78574-2320<br><br>Jorge  Flores<br>██████████<br>Boerne, TX 78015<br><br>Maria Elena Ovalle<br>████████<br>Edinburg, TX 78541-9477<br><br>Rebecca Hernandez<br>c/o Melissa Hernandez Salazar<br>██████████<br>Mission, TX 78573 | March 3, 1980 - Affidavit of Heirship of Raul Cavazos - Document#: 1980-6852; Volume 1662, Page 368; Deed Records of Hidalgo County<br><br>December 21, 1990 - Affidavit of Heirship of Raul Cavazos - Document #: 1990-191702; Volume 3010, Page 854;<br>Deed Records of Hidalgo County |

| Ruben Cavazos<br>███████████<br>Mission, TX 78572-1565 | |
| --- | --- |
| Pablo "Paul" Villarreal, Jr.<br>2804 S. Business Hwy. 281<br>Edinburg, TX 78539 | Hidalgo County Tax Assessor/Collector |