**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.    7:20-CV-244 |
| 6.584 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND ROMULAO CAVAZOS, ET AL. AND HEIRS OF RAUL CAVAZOS, ET AL. | § § § § § § § | |
| *Defendants.* | § | |

_____

**CLERK'S RECEIPT**
_____

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on  September 4, 2020,  I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **THREE HUNDRED FORTY-SEVEN THOUSAND EIGHT HUNDRED EIGHTY-SEVEN DOLLARS AND NO CENTS** ($347,887.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By:    *Kathy Nguyen* _____
        **Deputy Clerk**