Case 7:20-cv-00244   Document 45   Filed on 12/11/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § § | |
| 6.584 ACRES OF LAND, more or less, HIDALGO COUNTY, TEXAS; ELOISA CAVAZOS; et al., | § § § § § | CIVIL ACTION NO. 7: 20-cv-00244 |
| Defendants. | § § § § | |

# **ORDER**

The Court now considers the amended "Joint Discovery/Case Management Plan Under F.R.C.P. 26(F)"[1] filed by the United States and Defendant Eloisa Cavazos and Defendant-Intervenor Jose Alfredo Cavazos. The Court notes that none of the other thirty-nine named Defendants participated in the plan. The Court also notes Defendant Pablo Villareal, Jr, Hidalgo County Tax Assessor/Collector has yet to be served in this case. As the parties do not fully agree on the plan; there is a significant number of parties who did not confer as required by Federal Rule of Civil Procedure 26(f); and there are still Defendants unserved in this case, the Court continues the parties' December 15th initial pretrial and scheduling conference[2] to **Tuesday, January 12, 2021, at 9am**. The Court **ORDERS** the United States to serve all unserved Defendants by December 21, 2020 or show good cause for its failure to do so. The Court further

---

[1] Dkt. No. 44.
[2] Dkt. No. 43.

**ORDERS** the United States to confer with all Defendants and **ORDERS** the parties to file an amended joint discovery/case management plan **by January 4, 2021**.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 11th day of December 2020.

                                                Micaela Alvarez
                                         United States District Judge