IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|         *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-244 |
| | § | |
| 6.584 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO | § | |
| COUNTY, STATE OF TEXAS; AND | § | |
| HEIRS OF ROMULO CAVAZOS, et al., | § | |
| AND HEIRS OF RAUL CAVAZOS, et al., | § | |
|         *Defendants.* | § | |

**ORDER FOR MOTION FOR A CONTINUANCE
OF THE JOINT DISCOVERY/CASE MANAGEMENT PLAN
AND THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

The Court now considers the United States' "Motion for Continuance of the Joint Discovery/Case Management Plan and the Initial Pretrial and Scheduling Conference."

Having considered the Motion, the Court finds the Motion has merit and should be GRANTED.

IT IS HEREBY ORDERED that the Joint Discovery/Case Management Plan be filed on _____, 2021 and the Initial Pretrial and Scheduling Conference is reset to _____, 2021.

SIGNED this ____ day of _____, 2021.

_____
**MICAELA ALVAREZ**
UNITED STATES DISTRICT JUDGE