Case 7:20-cv-00244   Document 60   Filed on 04/12/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. 7: 20-cv-00244 | |
| 6.584 ACRES OF LAND, more or § | |
| less, HIDALGO COUNTY, TEXAS; ELOISA § | |
| ROSA CAVAZOS; et al., § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers Defendant Eloisa Cavazos's unopposed motion to continue the parties' upcoming initial pretrial conference and joint discovery/case management plan deadline.[1] Because the motion is unopposed, the Court considers it as soon as practicable.[2]

On February 2, 2021, the Court continued the parties' initial pretrial and scheduling conference until April 13, 2021, and deadline to file a joint discovery/case management plan until April 2, 2021, in light of President Biden's January 20th proclamation.[3] Defendant now requests to extend the conference and deadline by at least thirty days.[4] In support of her request, Defendant provides that the Proclamation directed the development of a "plan for the redirection of funds concerning the southern border wall" by March 21, 2021;[5] however, "the government has not yet completed the plan."[6] Defendant further provides that "[i]f the new plan indicates that the subject property is no longer needed for the purpose taken, Defendant will request revestment

---

[1] Dkt. No. 56.
[2] LR7.2 ("Motions without opposition and their proposed orders must bear in their caption 'unopposed.' They will be considered as soon as it is practicable.").
[3] Dkt. No. 55 (citing Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021)).
[4] Dkt. No. 56 at 5, ¶ 14.
[5] Dkt. No. 56 at 2–3, ¶¶ 2 & 5 (citing Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021)).
[6] Dkt. No. 56 at 3, ¶ 7.

from the United States."[7] She argues that "[a]bsent a plan, Defendant[] cannot assess the legal foundation of the government's requests or possibility of revestment."[8] In considering Defendant's request, the Court notes that the United States has provided no indication that the plan will be developed within sixty days. The Court is concerned that granting a continuance on this basis will merely lead to the indefinite continuation of this case. For these reasons, the Court does not find good cause for a continuance on that basis.

Accordingly, the Court **DENIES** Defendant's motion.[9]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of April 2021.

_____
Micaela Alvarez
United States District Judge

---

[7] *Id.*, ¶ 6.
[8] *Id.*, at 4, ¶ 8.
[9] Dkt. No. 56.