IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:20-cv-244 |
| 6.584 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND HEIRS OF ROMULO CAVAZOS, ET AL., AND HEIRS OF RAUL CAVAZOS, et al., | § § § § § § § | |
| *Defendants*. | § § | |

**NOTICE OF APPEARANCE OF BEHALF OF DEFENDANT ELOISA CAVASOS**

Laura Peña, an attorney with the Texas Civil Rights Project, hereby files this Notice of Appearance on behalf of Defendant Pamela Rivas.

Dated:  June 25, 2021.

Respectfully submitted,

 /s/ Laura Peña
Laura Peña
State Bar No. 24085758
Fed. ID No. 3326963
Texas Civil Rights Project
P. O. Box 219
1017 W. Hackberry Avenue
Alamo, Texas 78516
(956) 787-8171 ext. 147
(956) 787-6348 Fax
laura@texascivilrightsproject.org

ATTORNEY TO BE NOTICED FOR
DEFENDANT PAMELA RIVAS

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Notice of Appearance on behalf of Defendant Pamela Rivas was been filed on June 25, 2021 via the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

                                            */s/ Laura Peña*
                                            Laura Peña