## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:20-CV-244 |
| | § | |
| 6.584 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO | § | |
| COUNTY, STATE OF TEXAS; AND | § | |
| HEIRS OF ROMULO CAVAZOS, ET AL., | § | |
| AND HEIRS OF RAUL CAVAZOS, et al., | § | |
| *Defendants.* | § | |

## AGREED ORDER

COME NOW Plaintiff, the United States of America, and Defendant Eloisa Cavazos who make and file this Agreed Order with regard to Plaintiff's Motion to Compel Defendant's Appearance at Deposition.[1] It is Agreed and ORDERED that Defendant Eloisa Cavazos will appear for deposition by Zoom on July 15, 2021, at 10:00am pursuant to Fed. R. Civ. P. 30, with the following accommodations:

1. Communication Access Realtime Translation (CART) shall be provided by a certified provider;

2. Baudilia Cavazos (Deponent's sister and nonparty) is permitted to attend the deposition solely in a supportive role;

3. A break every hour, or intermittently upon Defendant's request, and a 1-hour break for lunch shall be provided during the deposition; and

4. The physical location of Deponent must comport with the Federal Rules of

---

[1] Dkt. No. 66.

Civil Procedure.

Accordingly, Plaintiff's Motion to Compel Defendant's Appearance at Deposition is

now moot.

IT IS SO ORDERED.

DONE at McAllen, Texas, this ___ day of _____, 2021.


_____
**MICAELA ALVAREZ**
United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

**FOR DEFENDANT ELOISA CAVAZOS:**

By:    <u>s/ Ricardo A. Garza (with permission)</u>
       **RICARDO A. GARZA**
       Texas Civil Rights Project
       State Bar No. 24109912
       SDTX Bar No. 3336127
       Texas Civil Rights Project
       1017 W. Hackberry Ave.
       Alamo, Texas 78516
       Tel: (956) 787-8171 ext. 128
       ricky@texascivilrightsproject.org

**FOR PLAINTIFF:**

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By:    <u>*s/ Megan Eyes*</u>
      **MEGAN EYES**
      Assistant United States Attorney
      Southern District of Texas No. 3135118
      Florida Bar No. 0105888
      1701 West Hwy 83, Suite 600
      McAllen, Texas 78501
      Tel:  (956) 618-8010
      Fax:  (956) 618-8016
      Email: Megan.Eyes@usdoj.gov
      Attorney in Charge for Plaintiff