UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CASE NO. 7:20-cv-00244 |
| § | |
| 6.584 ACRES OF LAND, MORE OR § | |
| LESS, SITUATED IN HIDALGO § | |
| COUNTY, STATE OF TEXAS AND § | |
| HEIRS OF ROMULO CAVAZOS, § | |
| ET AL AND HEIRS OF RAUL § | |
| CAVAZOS, ET AL § | |

**NOTICE OF SUBSTITUTION OF ATTORNEY-IN-CHARGE FOR
DEEFNDANT ELOISA ROSA CAVAZOS**

Please take notice attorney Erin D. Thorn substitutes as attorney-in-charge for Defendant Eloisa Rosa Cavazos in this case in place of Ricardo A. Garza, the current attorney-in-charge of record. Ricardo A. Garza will remain as co-counsel in this case.

Respectfully Submitted,

By: */s/ Erin D. Thorn*
Erin D. Thorn
State Bar No. 24093261
SDTX Admissions No. 2744303
(956) 787-8171 ext. 127
erin@texascivilrightsproject.org
*Attorney-in-Charge for Defendant*

Karla M. Vargas
State Bar No. 24076748
SDTX Admissions No. 3336176
(956) 787-8171 ext. 128
kvargas@texascivilrightsproject.org
*Attorney for Defendant*

1

Laura Peña
State Bar No. 24085758
SDTX Admissions No. 3326963
(956) 787-8171 ext. 147
laura@texascivilrightsproject.org
*Attorney for Defendant*

Ricardo A. Garza
State Bar No. 24109912
SDTX Admissions No. 3336127
(956) 787-8171 ext. 122
ricky@texascivilrightsproject.org
*Attorney for Defendant*

TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, Texas 78516
(956) 787-8171
Fax (956) 787-6348

**ATTORNEYS FOR DEFENDANT
ELOISA CAVAZOS**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the foregoing via the Court's electronic filing system on the 22nd day of October, 2021, which will serve a copy on all counsel of record for Plaintiff.

*/s/* Erin D. Thorn
Erin D. Thorn