IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | § § § | |
| v. | § § | CASE NO.  7:20-CV-244 |
| 6.584 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND HEIRS OF ROMULO CAVAZOS, ET AL AND HEIRS OF RAUL CAVAZOS, *ET AL.*, *Defendants.* | § § § § § § § | |

### JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

1. Pursuant to Local Rule 16.3, Plaintiff, the United States of America, and Defendant, Eloisa Rosa Cavazos, file this joint notice of the parties' forthcoming settlement agreement.[1]

2. The United States and Defendants Eloisa Rosa Cavazos, Jose C. Anzaldua, Jr., Aurora A. Garcia, Norma A. Anzaldua, Maria Elena Ovalle, Yolanda Martinez, Delia A. Mendoza, Betty Anzaldua, Rebecca Serrano, Patrick Anzaldua, Ronald R. Anzaldua, Ernesto Flores, Jr., Imelda Flores Gonzalez, Elvira Flores Deanda, Jorge Flores, Robert E. Flores, Jr., Emma Catherine Flores, Joseph Flores, Dora Flores, Victoria M. Flores, Natalie Flores-Henley, Pablo "Paul" Villarreal, Jr. as the Hidalgo County Tax Assessor/Collector, and Janette Cavazos (Power of Attorney for Defendants: Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda

---

[1] While the *pro se* landowners in this case have not joined in this Notice, they have all agreed to revestment and will join in the forthcoming Stipulation of Revestment.

Cavazos, and Ruben Cavazos) (collectively, "the Parties"), have reached a settlement in principle that, once finalized, will resolve this matter entirely. The Parties are in the process of finalizing revestment language that will require approval from U.S. Customs and Border Protection, U.S. Department of Homeland Security, and U.S. Department of Justice.

3. Upon finalizing the Parties' settlement agreement, the Parties will file a joint stipulation to settle, detailing the terms of the Parties' agreement and requesting that the Court enter final judgment in accordance with those terms.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney Southern District of Texas

BY: _____
**ERIN D. THORN**
Texas Civil Rights Project
State Bar No. 24093261
SDTX Bar No. 2744303
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 127
erin@texascivilrightsproject.org
Attorney in Charge for Defendant
Eloisa Rosa Cavazos

*s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
600 E. Harrison St., Suite 201
Brownsville, TX 78520-5106
Telephone: (956) 548-2554
Facsimile: (956) 548-2711
Email: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, Megan Eyes, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on November  8 , 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney