# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-244 |
| | § | |
| 6.584 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND HEIRS OF | § | |
| ROMULO CAVAZOS, ET AL AND HEIRS | § | |
| OF RAUL CAVAZOS, *ET AL.*, | § | |
| *Defendants.* | § | |

---

## JOINT STIPULATION FOR REVESTMENT AND
## MOTION FOR ENTRY OF FINAL JUDGMENT

---

Plaintiff, the United States of America, and Defendants, Eloisa Rosa Cavazos, Jose C. Anzaldua, Jr., Aurora A. Garcia, Norma A. Anzaldua, Maria Elena Ovalle, Yolanda Martinez, Delia A. Mendoza, Betty Anzaldua, Rebecca Serrano, Patrick Anzaldua, Ronald R. Anzaldua, Ernesto Flores, Jr., Imelda Flores Gonzalez, Elvira Flores Deanda, Jorge Flores, Robert E. Flores, Jr., Emma Catherine Flores, Joseph Flores, Dora Flores, Victoria M. Flores, Natalie Flores-Henley, Pablo "Paul" Villarreal, Jr. as the Hidalgo County Tax Assessor/Collector, and Janette Cavazos (Power of Attorney for Defendants: Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, and Ruben Cavazos) (collectively hereafter "Defendants"), do hereby stipulate

to the revestment of Tract RGV-MCS-2119 as described in Schedules "C", "D", and "E" of the Declaration of Taking.[1]  The parties further stipulate and agree as follows:

## A.     Background

1.      On August 27, 2020, the United States of America ("United States") filed a Declaration of Taking and Complaint in Condemnation to acquire 6.584 acres in fee simple identified as Tract RGV-MCS-2119.[2]

2.      On September 4, 2020, the United States deposited three hundred forty-seven thousand eight hundred eighty-seven dollars and 00/100 ($347,887.00) into the Registry of the Court as estimated just compensation for Tract RGV-MCS-2119.[3]

3.      Pursuant to 40 U.S.C. § 3114(b)(1), upon deposit of the estimated just compensation, title to Tract RGV-MCS-2119 vested in the name of the United States by operation of law on September 4, 2020.[4]

4.      The United States obtained possession of Tract RGV-MCS-2119 on April 12, 2021.[5]

## B.     Stipulation of Revestment

5.      Pursuant to 40 U.S.C. § 3117, the United States may agree or stipulate to the revestment of condemned property to resolve condemnation cases.

6.      The United States and Defendants jointly stipulate and agree that all right, title,

---

[1] Dkt. No. 2.

[2] Dkt. Nos. 2 & 1, respectively.

[3] Dkt. No. 10.

[4] Upon the filing of the Declaration of Taking and depositing the estimated compensation in the Registry of the Court, the following events occur by operation of law: "(1) title to the estate or interest specified in the declaration vests in the Government; (2) the land is condemned and taken for the use of the Government; and (3) the right to just compensation for the land vests in the persons entitled to the compensation." 40 U.S.C. § 3114(b); *see E. Tennessee Nat. Gas. Co. v. Sage*, 361 F.3d 808, 825 (4th Cir. 2004) (in a Declaration of Taking Act case, "[t]itle and the right to possession vest in the government immediately upon the filing of a declaration and the requisite deposit.").

[5] Dkt No. 59.

and interests acquired by the United States associated with or appurtenant to Tract RGV-MCS-2119 are hereby REVESTED back to Defendants with all title and rights as existed immediately before the filing of the Declaration of Taking and vesting of title in the United States.

7.    Defendants hereby agree to accept such REVESTMENT of Tract RGV-MCS-2119.

8.    The legal description and survey of Tract RGV-MCS-2119 that is being REVESTED to Defendants are found in Schedule "C" and "D" of the Declaration of Taking[6] and attached hereto as Exhibits 1 and 2.

**C.    Stipulation of Regarding Just Compensation Funds and Motion for Final Judgment**

9.    The Parties further make a stipulation as to the just compensation owed for the time the United States held title (and possession) as to Tract RGV-MCS-2119, and move for final judgment and termination of this case as follows:

    A. United States and Defendants confirm and agree that the full and just compensation payable by the United States for the time that United States held title and possession as to Tract RGV-MCS-2119 is the sum of five hundred and 00/100 dollars ($500.00). This sum is all-inclusive and in full satisfaction of any claims of whatsoever nature by Defendants against the United States for the institution and prosecution of the above-captioned action. Defendants further agree to waive any and all claims for additional compensation of any nature against the United States arising from the United States' acquisition of Tract RGV-MCS-2119.

    B. The Parties now respectfully request that judgment be entered against the United States in the amount of five hundred and 00/100 dollars ($500.00) for the time the United States held title (and possession) as to Tract RGV-MCS-2119.

    C. Upon the Court's Order entering final judgment in accordance with the instant stipulation of revestment, the Parties seek immediate distribution of the total sum on deposit as follows:

---

[6] Dkt. No. 2.

i.    The sum of $500.00, along with any accrued interest earned thereon while on deposit, payable as follows:

- $256.00 payable to the order of Eloisa Rosa Cavazos

- $6.10 payable to the order of:

| | |
|---|---|
| Jose C. Anzaldua, Jr. | Humberto Cavazos |
| Aurora A. Garcia | Rogerio Cavazos, Jr. |
| Norma A. Anzaldua | Maria Rosario Cavazos |
| Maria Elena Ovalle | Bertha Oralia Cavazos |
| Yolanda Martinez | Ruben Cavazos |
| Delia A. Mendoza | Gloria Dalia Guerra |
| Betty Anzaldua | Pablo Servando Guerra |
| Rebecca Serrano | Juan Lino Guerra |
| Patrick Anzaldua | Gloria Diana Sauceda |
| Ronald R. Anzaldua | Jaime Cavazos |
| Ernesto Flores, Jr. | Michelle Alejandro |
| Imelda Flores Gonzalez | Angie Marin |
| Elvira Flores Deanda | Keila Cavazos |
| Jorge Flores | Ariana Pitalua |
| Robert E. Flores, Jr. | Rebecca Hernandez |
| Emma Catherine Flores | Paula Gonzalez |
| Joseph Flores | Melissa Salazar |
| Dora Flores | Maribel Cavazos |
| Victoria M. Flores | Melinda Cavazos |
| Natalie Flores-Henley | Ruben Cavazos |

ii.    The remaining sum of $347,387.00, with accrued interest, payable to the order of "F&A Officer, USAED, Fort Worth," with the check referencing "Tract RGV-MCS-2119."

- The current Finance and Accounting (F&A) Officer for the U.S. Army Engineer District, Fort Worth is:

> Charanne Marshall
> Finance and Accounting Officer
> U.S. Army Corps of Engineers, Fort Worth District
> P.O. Box 17300
> Room 3A37
> Fort Worth, Texas 76102

D.  Defendants warrant they were the sole owners of the interest in the property taken in this proceeding on the respective date of taking.

E.  In the event the event any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the interests in the

property taken in this proceeding, Defendants shall refund into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon at an annual rate provided in 40 U.S.C. § 3116 from the date of receipt of the respective deposit by Defendants, to the date of repayment into the Registry of the Court.

F.   The Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

G.   The Parties shall take no appeal from any rulings or judgment made by the Court in this action, and the parties' consent to the entry of all motions, orders, and judgments necessary to effectuate this stipulation.

H.   This joint stipulation and motion is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of Defendants.

I.   The Parties request that the Court enter an Order of Final Judgment reflecting this Stipulation and closing this case.

**BY:**

_/s/ Erin D. Thorn_
**ERIN D. THORN**
Texas Civil Rights Project
State Bar No. 24093261
SDTX Bar No. 2744303
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 127
erin@texascivilrightsproject.org
Attorney-in-Charge for Defendant Eloisa Rosa Cavazos

_/s/ Ricardo A. Garza_
**RICARDO A. GARZA**
Texas Civil Rights Project
State Bar No. 24109912
SDTX Bar No. 3336127
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 128
ricky@texascivilrightsproject.org
Attorney for Defendant Eloisa Rosa Cavazos

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

_/s/ Megan Eyes_
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No.: 0105888
600 E. Harrison St, Suite 201
Brownsville, TX 78520-5106
Telephone: (956) 548-2554
Facsimile: (956) 548-2711
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for the United States

_____
**Jose C. Anzaldua, Jr.**

_____
**Aurora A. Garcia**

_____
**Norma A. Anzaldua**

_____
**Maria Elena Ovalle**

_____
**Yolanda Martinez**

_____
**Delia A. Mendoza**

_____
**Betty Anzaldua**

_____
**Rebecca Serrano**

_____
**Patrick Anzaldua**

_____
**Ronald R. Anzaldua**

_____
**Ernesto Flores, Jr.**

_____
**Imelda Flores Gonzalez**

_____
**Elvira Flores Deanda**

_____
**Jorge Flores**

_____
**Robert E. Flores, Jr.**

_____
**Emma Catherine Flores**

_____
**Joseph Flores**

_____
**Dora Flores**

_____
**Victoria M. Flores**

_____
**Natalie Flores-Henley**

_____
**Janette Cavazos**
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

Jose C. Anzaldua, Jr.

Emma Catherine Flores

Aurora A. Garcia

*Norma A. Anzaldua* (signature)

Norma A. Anzaldua

Joseph Flores

Maria Elena Ovalle

Dora Flores

Yolanda Martinez

Victoria M. Flores

Delia A. Mendoza

Natalie Flores-Henley

Betty Anzaldua

Rebecca Serrano

Janette Cavazos

Power of Attorney for Defendants:
Humberto Cavazos, Rogerio Cavazos,
Jr., Maria Rosario Cavazos, Bertha

Patrick Anzaldua

Oralia Cavazos, Ruben Cavazos,
Gloria Dalia Guerra, Pablo Servando
Guerra, Juan Lino Guerra, Gloria

Ronald R. Anzaldua

Diana Sauceda, Jaime Cavazos,
Michelle Alejandro, Angie Marin,
Keila Cavazos, Ariana Pitalua,

Ernesto Flores, Jr.

Rebecca Hernandez, Paula Gonzalez,
Melissa Salazar, Maribel Cavazos,
Melinda Cavazos, Ruben Cavazos

Imelda Flores Gonzalez

Elvira Flores Deanda

Jorge Flores

Robert E. Flores, Jr.

_____
Jose C. Anzaldua, Jr.

_____
Aurora A. Garcia

_____
Norma A. Anzaldua

_____
Maria Elena Ovalle

_____
Yolanda Martinez

_____
Delia A. Mendoza

_____
Betty Anzaldua

_____
Rebecca Serrano

_____
Patrick Anzaldua

_____
Ronald R. Anzaldua

_____
Ernesto Flores, Jr.

_____
Imelda Flores Gonzalez

_____
Elvira Flores Deanda

_____
Jorge Flores

_____
Robert E. Flores, Jr.

_____
Emma Catherine Flores

_____
Joseph Flores

_____
Dora Flores

_____
Victoria M. Flores

_____
Natalie Flores-Henley

_____
Janette Cavazos
Power of Attorney for Defendants:
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
**Jose C. Anzaldua, Jr.**

_____
**Aurora A. Garcia**

_____
**Norma A. Anzaldua**

_____
**Maria Elena Ovalle**

_____
**Yolanda Martinez**

_____
**Delia A. Mendoza**

_____
**Betty Anzaldua**

_____
**Rebecca Serrano**

_____
**Patrick Anzaldua**

_____
**Ronald R. Anzaldua**

_____
**Ernesto Flores, Jr.**

_____
**Imelda Flores Gonzalez**

_____
**Elvira Flores Deanda**

_____
**Jorge Flores**

_____
**Robert E. Flores, Jr.**

_____
**Emma Catherine Flores**

_____
**Joseph Flores**

*Dora Flores*
_____
**Dora Flores**

_____
**Victoria M. Flores**

_____
**Natalie Flores-Henley**

_____
**Janette Cavazos**
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
**Jose C. Anzaldua, Jr.**

_____
**Aurora A. Garcia**

_____
**Norma A. Anzaldua**

*Maria Elena Ovalle*
_____
**Maria Elena Ovalle**

_____
**Yolanda Martinez**

_____
**Delia A. Mendoza**

_____
**Betty Anzaldua**

_____
**Rebecca Serrano**

_____
**Patrick Anzaldua**

_____
**Ronald R. Anzaldua**

_____
**Ernesto Flores, Jr.**

_____
**Imelda Flores Gonzalez**

_____
**Elvira Flores Deanda**

_____
**Jorge Flores**

_____
**Robert E. Flores, Jr.**

_____
**Emma Catherine Flores**

_____
**Joseph Flores**

_____
**Dora Flores**

_____
**Victoria M. Flores**

_____
**Natalie Flores-Henley**

_____
**Janette Cavazos**
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
**Jose C. Anzaldua, Jr.**

_____
**Aurora A. Garcia**

_____
**Norma A. Anzaldua**

_____
**Maria Elena Ovalle**

_____
**Yolanda Martinez**

_____
**Delia A. Mendoza**

/s/ Betty Anzaldua
_____
**Betty Anzaldua**

/s/ Rebecca Serrano
_____
**Rebecca Serrano**

_____
**Patrick Anzaldua**

_____
**Ronald R. Anzaldua**

_____
**Ernesto Flores, Jr.**

_____
**Imelda Flores Gonzalez**

_____
**Elvira Flores Deanda**

_____
**Jorge Flores**

_____
**Robert E. Flores, Jr.**

_____
**Emma Catherine Flores**

_____
**Joseph Flores**

_____
**Dora Flores**

_____
**Victoria M. Flores**

_____
**Natalie Flores-Henley**

_____
**Janette Cavazos**
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
**Jose C. Anzaldua, Jr.**

_____
**Aurora A. Garcia**

_____
**Norma A. Anzaldua**

_____
**Maria Elena Ovalle**

_____
**Yolanda Martinez**

_____
**Delia A. Mendoza**

_____
**Betty Anzaldua**

_____
**Rebecca Serrano**

_____
**Patrick Anzaldua**

_____
**Ronald R. Anzaldua**

_____
**Ernesto Flores, Jr.**

_____
**Imelda Flores Gonzalez**

_____
**Elvira Flores Deanda**

_____
**Jorge Flores**

_____
**Robert E. Flores, Jr.**

_____
**Emma Catherine Flores**

_____
**Joseph Flores**

_____
**Dora Flores**

_____
**Victoria M. Flores**

_____
**Natalie Flores-Henley**

*Janette Cavazos*
_____
**Janette Cavazos**
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

Jose C. Anzaldua, Jr.

Aurora A. Garcia

Norma A. Anzaldua

Maria Elena Ovalle

Yolanda Martinez

Delia A. Mendoza

Betty Anzaldua

Rebecca Serrano

Patrick Anzaldua

Ronald R. Anzaldua

Ernesto Flores, Jr.

Imelda Flores Gonzalez
Imelda Flores Gonzalez

Elvira Flores Deanda

Jorge Flores

Robert E. Flores, Jr.

Emma Catherine Flores

Joseph Flores

Dora Flores

Victoria M. Flores

Natalie Flores-Henley

Janette Cavazos
Power of Attorney for Defendants
Humberto Cavazos, Rogerio Cavazo
Jr., Maria Rosario Cavazos, Bertl
Oralia Cavazos, Ruben Cavazo
Gloria Dalia Guerra, Pablo Servan
Guerra, Juan Lino Guerra, Glor
Diana Sauceda, Jaime Cavazo
Michelle Alejandro, Angie Mari
Keila Cavazos, Ariana Pitalu
Rebecca Hernandez, Paula Gonzale
Melissa Salazar, Maribel Cavazo
Melinda Cavazos, Ruben Cavazos

_____
**Jose C. Anzaldua, Jr.**

_____
**Aurora A. Garcia**

_____
**Norma A. Anzaldua**

_____
**Maria Elena Ovalle**

_____
**Yolanda Martinez**

_____
**Delia A. Mendoza**

_____
**Betty Anzaldua**

_____
**Rebecca Serrano**

_____
**Patrick Anzaldua**

_____
**Ronald R. Anzaldua**

_____
**Ernesto Flores, Jr.**

_____
**Imelda Flores Gonzalez**

_____
**Elvira Flores Deanda**

_____
**Jorge Flores**

_____
**Robert E. Flores, Jr.**

_____
**Emma Catherine Flores**

_____
**Joseph Flores**

_____
**Dora Flores**

_____
**Victoria M. Flores**

_____
**Natalie Flores-Henley**

_____
**Janette Cavazos**
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
Jose C. Anzaldua, Jr.

_____
Aurora A. Garcia

_____
Norma A. Anzaldua

_____
Maria Elena Ovalle

_____
Yolanda Martinez

_____
Delia A. Mendoza

_____
Betty Anzaldua

_____
Rebecca Serrano

_____
Patrick Anzaldua

_____
Ronald R. Anzaldua

_____
Ernesto Flores, Jr.

_____
Imelda Flores Gonzalez

_____
Elvira Flores Deanda

_____
Jorge Flores

_____
Robert E. Flores, Jr.

_____
Emma Catherine Flores

_____
Joseph Flores

_____
Dora Flores

_____
Victoria M. Flores

_____
Natalie Flores-Henley

_____
Janette Cavazos
Power of Attorney for Defendants:
Humberto Cavazos, Rogerio Cavazos,
Jr., Maria Rosario Cavazos, Bertha
Oralia Cavazos, Ruben Cavazos,
Gloria Dalia Guerra, Pablo Servando
Guerra, Juan Lino Guerra, Gloria
Diana Sauceda, Jaime Cavazos,
Michelle Alejandro, Angie Marin,
Keila Cavazos, Ariana Pitalua,
Rebecca Hernandez, Paula Gonzalez,
Melissa Salazar, Maribel Cavazos,
Melinda Cavazos, Ruben Cavazos

_(signature)_

Jose C. Anzaldua, Jr.

_____

Aurora A. Garcia

_____

Norma A. Anzaldua

_____

Maria Elena Ovalle

_____

Yolanda Martinez

_____

Delia A. Mendoza

_____

Betty Anzaldua

_____

Rebecca Serrano

_____

Patrick Anzaldua

_____

Ronald R. Anzaldua

_____

Ernesto Flores, Jr.

_____

Imelda Flores Gonzalez

_____

Elvira Flores Deanda

_____

Jorge Flores

_____

Robert E. Flores, Jr.

_____

Emma Catherine Flores

_____

Joseph Flores

_____

Dora Flores

_____

Victoria M. Flores

_____

Natalie Flores-Henley

_____

Janette Cavazos
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____

Jose C. Anzaldua, Jr.

_(signature: Aurora A. Garcia)_

Aurora A. Garcia

_____

Norma A. Anzaldua

_____

Maria Elena Ovalle

_(signature: Yolanda A. Martinez)_

Yolanda Martinez

_(signature: Delia A. Mendoza)_

Delia A. Mendoza

_____

Betty Anzaldua

_____

Rebecca Serrano

_____

Patrick Anzaldua

_____

Ronald R. Anzaldua

_____

Ernesto Flores, Jr.

_____

Imelda Flores Gonzalez

_(signature: Elvira F Deanda)_

Elvira Flores Deanda

_____

Jorge Flores

_____

Robert E. Flores, Jr.

_____

Emma Catherine Flores

_____

Joseph Flores

_____

Dora Flores

_____

Victoria M. Flores

_____

Natalie Flores-Henley

_____

Janette Cavazos
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
Jose C. Anzaldua, Jr.

_____
Aurora A. Garcia

_____
Norma A. Anzaldua

_____
Maria Elena Ovalle

_____
Yolanda Martinez

_____
Delia A. Mendoza

_____
Betty Anzaldua

_____
Rebecca Serrano

_____
Patrick Anzaldua

_____
Ronald R. Anzaldua

_____
Ernesto Flores, Jr.

_____
Imelda Flores Gonzalez

_____
Elvira Flores Deanda

_____
Jorge Flores

_____
Robert E. Flores, Jr.

_____
Emma Catherine Flores

_____
Joseph Flores

_____
Dora Flores

_____
Victoria M. Flores

_____
Natalie Flores-Henley

_____
Janette Cavazos
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

Scanned with FlashScan

_____
Jose C. Anzaldua, Jr.

_____
Aurora A. Garcia

_____
Norma A. Anzaldua

_____
Maria Elena Ovalle

_____
Yolanda Martinez

_____
Delia A. Mendoza

_____
Betty Anzaldua

_____
Rebecca Serrano

_____
Patrick Anzaldua

_____
Ronald R. Anzaldua

_____
Ernesto Flores, Jr.

_____
Imelda Flores Gonzalez

_____
Elvira Flores Deanda

_____
Jorge Flores

_____
Robert E. Flores, Jr.

_____
Emma Catherine Flores

_Joseph Flores_
Joseph Flores

_____
Dora Flores

_____
Victoria M. Flores

_____
Natalie Flores-Henley

_____
Janette Cavazos
Power of Attorney for Defendants:
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

---
Jose C. Anzaldua, Jr.

---
Aurora A. Garcia

---
Norma A. Anzaldua

---
Maria Elena Ovalle

---
Yolanda Martinez

---
Delia A. Mendoza

---
Betty Anzaldua

---
Rebecca Serrano

---
Patrick Anzaldua

---
Ronald R. Anzaldua

---
Ernesto Flores, Jr.

---
Imelda Flores Gonzalez

---
Elvira Flores Deanda

Jorge Flores

---
Robert E. Flores, Jr.

---
Emma Catherine Flores

---
Joseph Flores

---
Dora Flores

---
Victoria M. Flores

---
Natalie Flores-Henley

---
Janette Cavazos
Power of Attorney for Defendants: Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
Jose C. Anzaldua, Jr.

_____
Aurora A. Garcia

_____
Norma A. Anzaldua

_____
Maria Elena Ovalle

_____
Yolanda Martinez

_____
Delia A. Mendoza

_____
Betty Anzaldua

_____
Rebecca Serrano

_____
Patrick Anzaldua

_____
Ronald R. Anzaldua

_____
Ernesto Flores, Jr.

_____
Imelda Flores Gonzalez

_____
Elvira Flores Deanda

_____
Jorge Flores

_____
Robert E. Flores, Jr.

_____
Emma Catherine Flores

_____
Joseph Flores

_____
Dora Flores

_____
Victoria M. Flores

_____
Natalie Flores-Henley

_____
Janette Cavazos
**Power of Attorney for Defendants:**
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

_____
Jose C. Anzaldua, Jr.

_____
Aurora A. Garcia

_____
Norma A. Anzaldua

_____
Maria Elena Ovalle

_____
Yolanda Martinez

_____
Delia A. Mendoza

_____
Betty Anzaldua

_____
Rebecca Serrano

/s/ Patrick Anzaldua (with permission)
_____
Patrick Anzaldua

_____
Ronald R. Anzaldua

_____
Ernesto Flores, Jr.

_____
Imelda Flores Gonzalez

_____
Elvira Flores Deanda

_____
Jorge Flores

_____
Robert E. Flores, Jr.

_____
Emma Catherine Flores

_____
Joseph Flores

_____
Dora Flores

_____
Victoria M. Flores

_____
Natalie Flores-Henley

_____
Janette Cavazos
Power of Attorney for Defendants:
Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Pablo Servando Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Maribel Cavazos, Melinda Cavazos, Ruben Cavazos

Pablo "Paul" Villarreal, Jr.
Hidalgo County Tax Assessor / Collector

## CERTIFICATE OF SERVICE

On November 30th , 2021, I filed the foregoing document with the clerk of court for the

U.S. District Court, Southern District of Texas. I hereby certify that I have served the document

on all counsel and *pro se* parties of record by a manner authorized by Federal Rules of Civil

Procedure 5 (b)(2).

By:     /s/ Megan Eyes

**MEGAN EYES**
**Assistant United States Attorney**