Case 7:20-cv-00244   Document 83   Filed on 12/07/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § VS. § § 6.584 ACRES OF LAND, more or § less, HIDALGO COUNTY, TEXAS, et al., § § Defendants. § | CIVIL ACTION NO. 7: 20-cv-00244 |

# FINAL JUDGMENT

The Court hereby renders final judgment in this case in accordance with the Federal Rules of Civil Procedure 54 and 58. Having considered the parties' "Joint Stipulation for Revestment and Motion for Entry of Final Judgment"[1] and having determined that it warrants entry of this final judgment,[2] the Court **ORDERS**, **ADJUDGES**, and **DECREES** that:

All property interest held by Eloisa Rosa Cavazos, Jose C. Anzaldua, Jr., Aurora A. Garcia, Norma A. Anzaldua, Maria Elana Ovalle, Yolanda Martinez, Delia A. Mendoza, Betty Anzaldua, Rebecca Serrano, Patrick Anzaldua, Ronald R. Anzaldua, Ernesto Flores, Jr, Imelda Flores Gonzalez, Elvira Flores Deanda, Jorge Flores, Robert E. Flores, Jr, Emma Catherine Flores, Joseph Flores, Dora Flores, Victoria M. Flores, Natalie Flores-Henley, Humberto Cavazos, Rogerio Cavazos, Jr., Maria Rosario Cavazos, Bertha Oralia Cavazos, Ruben Cavazos, Gloria Dalia Guerra, Juan Lino Guerra, Gloria Diana Sauceda, Pablo Servando Guerra, Jaime Cavazos, Michelle Alejandro, Angie Marin, Keila Cavazos, Ariana Pitalua, Rebecca Hernandez, Paula Gonzalez, Melissa Salazar, Pablo "Paul" Villarreal, Jr, Maribel Cavazos, Melinda Cavazos, and Ruben Cavazos as of August 27, 2020, in Tract RGV-MCS-2119, which is a 6.584

---

[1] Dkt. No. 81.
[2] Dkt. No. 82.

acre parcel of land located in Hidalgo County, Texas, more particularly described by metes and bounds in the United States Schedule C and D,[3] together with all encumbrances thereof existing as of August 27, 2020, and all encumbrances since created and not otherwise discharged, are hereby **RE-VESTED** in the above-named Defendants.

The total sum of three hundred forty-seven thousand eight hundred eighty-seven dollars ($347,887.00) deposited by the United States,[4] together with any interest earned while on deposit in the registry of the Court,[5] is **ORDERED** to be immediately disbursed in the following manner:

- The Sum of $500.00, along with any accrued interest earned thereon while on deposit, payable as follows:
    - $256.00 payable to the order of Eloisa Rosa Cavazos
    - $6.10 payable to the order of:
        - Jose C. Anzaldua, Jr.
        - Aurora A. Garcia
        - Norma A. Anzaldua
        - Maria Elena Ovalle
        - Yolanda Martinez
        - Delia A. Mendoza
        - Betty Anzaldua
        - Rebecca Seranno
        - Patrick Anzaldua
        - Ronald R. Anzaldua
        - Ernesto Flores, Jr.
        - Imelda Flores Gonzalez
        - Elvira Flores Deanda
        - Jorge Flores
        - Robert E. Flores, Jr.
        - Emma Catherine Flores
        - Joseph Flores
        - Dora Flores
        - Victoria M. Flores
        - Natalie Flroes-Henley
        - Humberto Cavazos
        - Rogerio Cavazos, Jr.
        - Maria Rosario Cavazos
        - Bertha Oralia Cavazos

---

[3] Dkt. No. 1-1 at 6.
[4] Dkt. No. 10.
[5] *See* 40 U.S.C. § 3116. *But see* 40 U.S.C. § 3114(c)(1).

- - Ruben Cavazos
  - Gloria Dalia Guerra
  - Juan Lino Guerra
  - Gloria Diana Sauceda
  - Pablo Servando Guerra
  - Jaime Cavazos
  - Michelle Alejandro
  - Angie Marin
  - Keila Cavazos
  - Ariana Pitalua
  - Rebecca Hernandez
  - Paula Gonzalez
  - Melissa Salazar
  - Maribel Cavazos
  - Melinda Cavazos
  - Ruben Cavazos
- The remaining sum of $347,387.00, with accrued interest payable to the order of "F&A Officer, USAED, Fort Worth," with the check referencing "tract RGV-MCS-2119."
  - The Current Finance and Accounting (F&A) Officer for the U.S. Army Engineer District, Fort Worth is:
    - Charanne Marshall
      Finance and Accounting Officer
      U.S. Army Corps of Engineers, Fort Worth District
      P.O. Box 17300
      Room 3A37
      Fort Worth, Texas 76102

This final Judgment resolves all issues in this case. Each party to this proceeding is to bear its own costs and fees. Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. Execution may issue for this final judgment as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of December, 2021.

_____
Micaela Alvarez
United States District Judge